United States District Court
Southern District of Texas
**ENTERED**
July 17, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LECIA TAYLOR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-23-835 |
| | § | |
| SELECT PORTFOLIO SERVICING, | § | |
| INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Plaintiff Lecia Taylor's attorneys Eraka Watson/Childs and Kietha "Kay" Hamilton were required to give to Plaintiff Lecia Taylor written notice that this case is subject to dismissal without prejudice for want of prosecution unless Plaintiff Taylor (i) timely causes a licensed attorney who is admitted to practice in this Court to appear as counsel on her behalf, or (ii) Ms. Taylor herself files a statement that she will prosecute this action *pro se*. See Order entered June 16, 2023 (Document No. 13).

Ms. Taylor has not caused a licensed attorney admitted to practice in this Court to appear as counsel in her behalf, nor has she stated that she will prosecute the case *pro se*. Accordingly, it is

ORDERED that this case is DISMISSED without prejudice for want of prosecution.

The Clerk will enter this Order, and provide a correct copy of this Order to Ms. Lecia Taylor, in care of Ms. Eraka Watson/Childs and Ms. Kietha "Kay" Hamilton, Hamilton & Childs Law, PLLC, 700 Milam Street, Suite 1300, Houston, Texas 77002, the address provided in Plaintiff's Original Petition. A copy will also be emailed to Ms. Lecia Taylor care of Ms. Eraka Watson/Childs and Ms. Kietha "Kay" Hamilton at Info@Law-HC.com, the email address listed in Plaintiff's Original Petition. Ms. Watson/Childs and Ms. Hamilton are ORDERED to deliver to Ms. Taylor a written copy of this Order of Dismissal.

SIGNED at Houston, Texas, on this 17th day of July, 2023.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE